**Order entered February 19, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01205-CV

### IN THE INTEREST OF E. H., A MINOR CHILD

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-18908**

## ORDER

The reporter's record in this appeal has not been filed. By postcard dated December 30, 2019, we directed Janet Saavedra, Official Court Reporter for the 254th Judicial District Court, to file, within thirty days, the reporter's record or written verification no hearings were recorded or appellant had not requested the reporter's record. To date, Ms. Saavedra has not complied. Accordingly, we **ORDER** Ms. Saavedra to file, no later than March 10, 2020, either the reporter's record or requested verification.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Saavedra and the parties.

/s/     ERIN A. NOWELL
        JUSTICE